UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **CHADWICK PORCHE** | **NO.: 13-00040-BAJ-RLB** |

## RULING AND ORDER

Considering Defendant Chadwick Porche's **Motion to Clarify Sentence Pursuant to Federal Criminal Procedure 36 (Doc. 29)**:

**IT IS ORDERED** that the motion is **DENIED**. The Court has already addressed this issue, (Doc. 28), and held that Porche's federal sentence is to run **CONSECUTIVE** to the sentence imposed by the 18th Judicial District Court, Port Allen, Louisiana, Docket No. 063014.

Baton Rouge, Louisiana, this 26th day of April, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**